**FILED**

08/01/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0139

## IN THE SUPREME COURT OF THE STATE OF MONTANA
No. DA 24-0139

STATE OF MONTANA

        Plaintiff and Appellant,

v.

YANBIN BAO,

        Defendant and Appellee.

## ORDER TO FILE EXHIBITS UNDER SEAL

Upon review of Appellee Yanbin Bao's Motion to File Exhibits Under Seal, and good cause appearing;

IT IS HEREBY ORDERED that the exhibits attached to the Motion are hereby filed UNDER SEAL, but shall be available to counsel of record and other interested parties as approved by court order.

DATED this _____day of August 2024.

_____
Chief Justice

1

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
August 1 2024